# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DAMITA LEWIS

VERSUS

DOUG WELBORN, INDIVIDUALLY
AND IN HIS CAPACITY AS DULY
ELECTED CLERK OF COURT FOR
EAST BATON ROUGE PARISH

NO. 2020 CW 1151

**MARCH 01, 2021**

---

In Re: Damita Lewis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 696351.

---

**BEFORE: WHIPPLE, C.J., McDONALD AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**WRC**

**Whipple, C.J.,** concurs. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT